UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHELLE GROSS, et al., | * | |
| *Plaintiff,* | | |
| v. | * | Civil No. 1:17-cv-03479-BPG |
| P.O. FRANCISCO HOPKINS, *et al.* | * | |
| *Defendants.* | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT STATUS REPORT

NOW COME Plaintiffs and Defendant and submit this Joint Status Report in accordance with the Court's Order (ECF 94):

1. All Parties are available for trial on March 7, 2022.

2. The Parties anticipate that it will take 4 days to try the captioned matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Keith Altman* | */s/ Thurman W. Zollicoffer, Jr.* |
| Keith Altman (MI P81702) | Thurman W. Zollicoffer, Jr. (Bar No. 23256) |
| Excolo Law, PLLC | Nelson, Mullins, Riley & Scarborough LLP |
| 26700 Lahser Road | 100 S. Charles Street, Suite 1600 |
| Suite 401 | Baltimore, Maryland 21201 |
| Southfield, MI 48033 | (443) 392-9419 |
| kaltman@excololaw.com | thurman.zollicoffer@nelsonmullins.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | *P.O. Francisco Hopkins* |