# The Law Office of Keith Altman

Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(516)-456-5885
kaltman@lawampmmt.com

July 28, 2021

VIA ELECTRONIC FILING

Magistrate Judge Beth P. Gesner
United States District Court for the
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    Gross, et al v. P.O. Hopkins
                Case No. 1:17-cv-03479-BPG

Dear Magistrate Judge Gesner:

In response to your letter dated July 22, 2021, regarding the timing of dispositive motions, it is Plaintiff's position that dispositive motions should not be considered until after the settlement conference.

                                                          Respectfully,

                                                           /s/ *Keith Altman*
                                                           Keith Altman
                                                           The Law Office of Keith Altman

KA/eds

Cc:    All Counsel of Record (via electronic filing)