UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**BETH P. GESNER**<br>**CHIEF UNITED STATES MAGISTRATE JUDGE**<br>MDD_BPGchambers@mdd.uscourts.gov | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4288**<br>**(410) 962-3844 FAX** |

August 3, 2021

Keith Altman, Esq.
Excolo Law, PLLC
26700 Lahser Road, Ste. 401
Southfield, MI 48033

Thurman W. Zollicoffer, Jr., Esq.
Nelson Mullins Riley & Scarborough LLP
100 S. Charles Street, Ste. 1600
Baltimore, MD 21201

Subject: Gross, et al. v. P.O. Hopkins
Civil No.: BPG-17-3479

Dear Counsel:

I have reviewed plaintiff's Motion Requesting Emergency Continuance. (ECF No. 106). The only upcoming deadlines in this case are the dispositive pretrial motions deadline on August 16, 2021 and the parties' settlement conference scheduled for August 20, 2021 with Judge Day.

Regarding the settlement conference, the parties should contact Judge Day's chambers regarding the request to postpone the settlement conference. Regarding the dispositive pretrial motions deadline, defendant has indicated that he plans to file a motion by the August 16th deadline, which means plaintiff's response would be due on or around August 30, 2021. Before the court considers fully suspending the schedule in this case, I ask that the parties confer regarding any proposed extensions to the dispositive pretrial motions deadline or plaintiff's response to defendant's motion that might address plaintiff's counsel's needs. Another option, if plaintiff's counsel believes the requested suspension of the schedule will be significant, and plaintiff and defendant consent, would be for the court to administratively close this case with the understanding that the parties would provide me with a further status report within 60 days of closing the case.

Please confer and let me know how the parties wish to proceed by no later than **August 6, 2021.**

Despite the informal nature of this letter, it will constitute an Order of the court and will be docketed accordingly.

Very truly yours,

/s/
Beth P. Gesner
Chief United States Magistrate Judge