# The Law Office of Keith Altman

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
516-456-5885
keithaltman@kaltmanlaw.com

August 6, 2021

Honorable Beth P. Gesner
Chief United States Magistrate Judge
USDC, District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    **Re:** *Gross, et al. v. P.O. Hopkins*
           *Civil Action No.: 1:17-cv-03479-BPG*

Dear Judge Gesner,

    I am writing on behalf of Keith Altman.

    As reflected in the Motion for Emergency Continuance filed August 3, 2021 (ECF 106), Mr. Altman is currently battling serious ongoing medical problems.

    I am writing with regard to your related August 3, 2021 Order (ECF 108). While Mr. Altman wanted to meet and confer with counsel as ordered, he has simply been unable given his medical circumstances.

    However, Mr. Altman will make every effort to attend the August 20, 2021 settlement conference before Judge Day.

    Lastly, Mr. Altman asked that I reiterate that it is Plaintiff's position that dispositive motions should not be considered until after the settlement conference, which he expressed in his July 28, 2021 letter to you (ECF 104).

    Sincerely yours,

    THE LAW OFFICE OF KEITH ALTMAN

    /s/ *Keith Altman, (EDS)*
    Eva Skoczylas, CLA on behalf of
    Keith Altman, Esq. (MI Bar P81702)
    33228 W. 12 Mile Road, Suite 375
    Farmington Hills, MI 48334

KA/eds

cc: All Counsel of Record (via electronic filing)