UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHELLE GROSS, et al. | Civil No.: BPG-17-3479 |
| *Plaintiff,* | **JOINT STATUS REPORT WITH HEALTH UPDATE AS TO KEITH ALTMAN** |
| v. | |
| P.O. FRANCISCO HOPKINS, *et al.* | |
| *Defendants.* | |

**NOW COME** Plaintiffs and Defendant, by and through their attorneys of record, in submitting this Joint Status Report pursuant to this Court's August 12, 2021, Order. The Parties apologize for the delay in filing this Joint Status Report and appreciate the Court's courtesy in extending the deadline.

1. **Health Update as to Keith Altman.** As reflected in the Motion for Emergency Continuance filed August 3, 2021 (ECF 106), Mr. Altman is currently battling serious ongoing medical problems that recently required his hospitalization. This medical condition continues to negatively impacts Mr. Altman's vision. He is, however, able to resume his legal practice and is eager to proceed with litigating this case.

2. **Status of Discovery**. The period for discovery in this case closed in July 2021.

3. **Pending Motions.** In Judge Gesner's July 29, 2021, letter she wrote, "I understand that defendant intends to file his summary judgment motion by the current deadline of August 16, 2021. As the motion will not be ripe by the time of the settlement conference currently scheduled for August 20, 2021, the court will not be addressing the motion until after the

conference once the motion is ripe" (ECF 105). It is anticipated that Defendants with be filing their Motion for Summary before September 30, 2021.

4. **Settlement Negotiations.** A settlement conference happened on August 20, 2021. The case did not settle. A Settlement Conference by way of virtual mediation session has been ordered for October 21, 2021 "a courtesy copy of the demand and offer exchanged as per my instructions to you" and any update to original *ex parte* submissions is due by 12:00 noon on October 14, 2021 (ECF 113). Both Parties plan to participate accordingly. While to date unsuccessful, the Parties remain open to further settlement negotiations.

5. **Trial.** The Parties anticipate that it will take 4 days to try this case.

Dated: September 3, 2021

Respectfully Submitted,

/s/*Keith Altman*_____
Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
*Attorneys For Plaintiffs*

Dated: September 3, 2021

Respectfully Submitted,

/s/*Thurman W. Zollicoffer , Jr. (signed w/permission)*
Thurman W. Zollicoffer, Jr.,
Nelson Mullins Riley & Scarborough LLP
100 S. Charles Street, Ste. 1600
Baltimore, MD 21201
*Attorneys for Defendant*